# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>MAURICE MURPHY )<br>Defendant )<br>) | Case No: 19 CR 888<br><br>Magistrate Judge: Jeffrey Cole |

## ORDER

Arrest warrant issued to **Federal Bureau of Investigation** as to defendant **Maurice Murphy.**

Date: November 22, 2019

_____
Jeffrey Cole
U.S. Magistrate Judge